UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-47-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff ) | | |
| V. ) | **ORDER** | |
| ) | | |
| CHAVIS ORLANDO WHITLEY ) | | |
| Defendant ) | | |

For good cause shown, Defendant's motion to unseal the Memorandum of Plea Agreement, the Pre-Sentence Report with Addendum and the Statement of Reasons, is hereby ALLOWED.

The Clerk is directed to provided appellate counsel Jennifer Haynes Rose with a copy of the Memorandum of Plea Agreement and the U.S. Probation office is directed to provided copies of the Pre-Sentence Report with Addendum and the Statement of Reasons to the Defendant's counsel.

This the 28 day of July, 2011.

The Honorable Terrence W. Boyle
United States District Judge