# UNITED STATES DISTRICT COURT
## for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/6/2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America<br>v.<br>Chavis Orlando Whitley | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **AMENDED JUDGMENT**<br><br>Case No: 5:10-CR-47-1BO<br>USM No: 53284-056 |
| Date of Original Judgment: May 6, 2011<br>Date of Previous Amended Judgment: March 15, 2012<br>*(Use Date of Last Amended Judgment if Any)* | | Laura S. Wasco<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was sentenced under the provisions of the Fair Sentencing Act of 2010 (FSA) and/or the retroactive crack cocaine amendments (Amendment 706 as amended or Amendment 750 Parts A and C) on March 15, 2012. At that time, the court fully considered the the relevance of each applicable provision of the FSA to the defendant's case and where the court the defendant eligible, the authorized provisions were applied.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/6/2014

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, United States District Judge
*Printed name and title*

EDNC 7/26/2012