UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Chavis Orlando Whitley            Docket No. 5:10-CR-47-1BO

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Chavis Orlando Whitley, who, upon an earlier plea of guilty to Carrying a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), and Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on May 6, 2011, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Chavis Orlando Whitley was released from custody on November 01, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has expressed an interest in seeking the help of a mental health professional in helping him to deal with the stress and anxiety associated with adjusting to life outside of prison. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ John Seth Coleman
Eddie J. Smith            John Seth Coleman
Supervising U.S. Probation Officer            U.S. Probation Officer
           150 Rowan Street Suite 110
           Fayetteville, NC 28301
           Phone: 910-354-2545
           Executed On: November 07, 2018

### ORDER OF THE COURT

Considered and ordered this _____8_____ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge